## LOUIS et al. *v.* RICARD et al.

*In an action for freedom a judgment rendered in a similar suit by a brother of plaintiff against the same defendants, establishing his freedom, on proof that his mother and grand-mother were free long before the birth either of plaintiff or his brother, is not admissible in evidence. The judgment has not the force of res judicata as to the plaintiff, who was no party to it. The authority of the thing adjudged takes place only with respect to what was the object of the judgment, which was the freedom of the brother.*

*A judgment admitted to prove rem ipsam establishes nothing more than that such a judgment was rendered.*

APPEAL from the District Court of Iberville, Penn, J.   David, for the appellants.   *Labauve,* for the defendants.   The judgment of the court was pronounced by

EUSTIS, C. J.   This is an action for the freedom of *Jean Louis* the son of *Dauphine,* both of whom are the plaintiffs in this suit and who sue *in formâ pauperis. Dauphine* is a mere nominal party.   They were non-suited in the District Court, and have appealed.

The district judge considered the evidence adduced not sufficient to support the action, and in this opinion we concur.

The plaintiffs offered in evidence a judgment of this court, rendered on the 24th of May, 1847, by which it was decided that *Edward,* a younger brother of the plaintiff *Dauphine,* was free, on the proof that the mother as well as the grand-mother of *Edward* were free in the Islands of St. Domingo and Cuba long before the birth of either of the sons.   In that suit *Edward* and the present defendants were parties, but the judgment in favor of *Edward* is not *res judicata* in favor of the present plaintiff *Jean Louis,* who was no party to it.

Article 2265 C. C. provides that the authority of the thing adjudged takes place only with respect to what was the object of the judgment rendered. The object of the judgment rendered in the case of *Edward* was his freedom, of which the freedom of his mother was the evidence.   The judgment in that case was not admissible in evidence in this; as it was offered and received to prove *rem ipsam,* it establishes that such a judgment was rendered, and noth-ing more.   Pothier, on the authority of *Res Judicata,* § 43.   The testimony of the witnesses is far from establishing the freedom of the plaintiff.

*Judgment affirmed.*